## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02733-RTG

JOHNNY ROGERS RUGELES GARAVITO,

      Applicant,

v.

WARDEN, Denver Contract Detention Facility,

      Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

      In response to the Court's Order Directing Applicant to Cure Deficiencies (ECF No. 3), Applicant has submitted a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 5). Applicant has not cured the deficiency specified in the Order Directing Applicant to Cure Deficiency.

      Applicant will be given one more opportunity to cure the deficiency and must do so on or before August 21, 2026. To cure the deficiency, Applicant must file on the proper form an ***Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241***. Applicant is reminded that the action will be dismissed without further notice if he fails to cure the deficiency within the time allowed.

Dated:  July 22, 2026

---