IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02733-RTG

JOHNNY ROGERS RUGELES GARAVITO,

Applicant,

v.

WARDEN, Denver Contract Detention Facility, et al.,

Respondent.

---

**MINUTE ORDER**

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

In response, to Court orders directing Applicant to file his claims on the court-approved form, Applicant submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on August 6, 2026. (*See* ECF No. 7).

In the Application, Applicant refers to additional pages for supporting facts for the four claims of relief. However, the Court did not receive any additional pages.

Applicant is advised that Federal Rule of Civil Procedure 10(c) allows a plaintiff to incorporate by reference allegations made within the same pleading, as well as allegations made in other pleadings, but the reference must be specific. *Fullerton v. Maynard*, 943 F.2d 57 (10th Cir. 1991) ("[P]ursuant to Rule 10(c), specific allegations of the prior complaint may be referenced or incorporated by the amended complaint, but only if reference to allegations in the prior complaint is direct and specific."). Rule 10(c) does not authorize the use of a "catch-all" reference in pleadings that purports to adopt and incorporate the contents of an entire prior pleading. *Id.*; *see also Davis v. Bifani*, No. 07-cv-00122-MEH-BNB, 2007 WL 1216518, at *1 (D. Colo. Apr. 24, 2007) (finding plaintiff's attempt at "wholesale" incorporation by reference of allegations in separate complaint as improper). *See also* Fed. R. Civ. P. 7(a) (allowing for one operative pleading filed in the pending action); *see also* D.C.COLO.LCivR 15.1(b) ("Unless otherwise ordered, the proposed amended or supplemental pleading shall not incorporate by reference any part of the preceding pleading, including exhibits.").

The Court will give Applicant an additional opportunity and an extension of time to comply by filing a **single, fully completed § 2241 Application on the court-**

**approved form as one document that contains all claims and allegations**. Applicant must do so on or before **September 18, 2026,** and is advised that dismissal is an appropriate disposition against a party who disregards court orders and fails to proceed as required by court rules.

DATED: August 18, 2026